# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

EVERETT PEARSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1217

_____

November 19, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Susan Maulucci, Judge.

Everett Pearson, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, KELLY, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.